(No. 74-CC-738— )

EDGAR HAINLINE, Heir of ANN HAINLINE, Deceased, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed September 25, 1974.*

WOODS & BATES, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-785— )

MOBIL OIL CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed September 25, 1974.*

GIFFIN, WINNING, LINDNER, NEWKIRK, COHEN, BODEWES, AND NARMONT, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.